# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3669
_____

DARWIN EVANS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

March 29, 2019


PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Darwin Evans, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.